| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF GUAM | |
| Case number (if known) _____  Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Asia Pacific Financial Management Group, Inc.** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **66-0493272** | |
| 4. | Debtor's address | **Principal place of business**  **145 Aspinall Avenue Hagatna, GU 96910** Number, Street, City, State & ZIP Code  **Guam** County | **Mailing address, if different from principal place of business**  _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____ Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **apfmg.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Case 23-00005   Document 1   Filed 04/26/23   Page 1 of 15

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

| Debtor | Asia Pacific Financial Management Group, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | Asia Pacific Financial Management Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49             ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99            ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199          ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Asia Pacific Financial Management Group, Inc.** Case number (*if known*) _____
     Name

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | Asia Pacific Financial Management Group, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 26, 2023**
MM / DD / YYYY

X **/s/ Sandra McKeever, AIF**          **Sandra McKeever, AIF**
Signature of authorized representative of debtor          Printed name

Title **President and Chief Executive Officer**

**18. Signature of attorney**

X **/s/ Joyce C.H. Tang**          Date **April 26, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Joyce C.H. Tang**
Printed name

**Civille & Tang, PLLC**
Firm name

**330 Hernan Cortez Avenue, Suite 200**
**Hagatna, GU 96910**
Number, Street, City, State & ZIP Code

Contact phone **671-472-8868**          Email address **jtang@civilletang.com**

**GU**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Asia Pacific Financial Management Group, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF GUAM |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 26, 2023**        X **/s/ Sandra McKeever, AIF**
                                      Signature of individual signing on behalf of debtor

                                      **Sandra McKeever, AIF**
                                      Printed name

                                      **President and Chief Executive Officer**
                                      Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:
Debtor name    Asia Pacific Financial Management Group, Inc.
United States Bankruptcy Court for the:    DISTRICT OF GUAM
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FINRA<br>PO Box 418911<br>Boston, MA 02241-8911 | Cody Neftin<br><br>arbitration@finra.org<br>213-229-2309 | Arbitration Fees | | | | $16,502.50 |
| Guam Power Authority<br>PO BOX 2977<br>HAGATNA, GU 96932 | paygpainfo@gpagwa.com<br>671-647-5787 | Trade Debt | | | | $797.71 |
| Guam Waterworks Authority<br>PO BOX 3010<br>Barrigada, GU 96913 | Theresa Rojas<br><br>tgrojas@guamwaterworks.org<br>(671) 300-6853 | Trade debt | | | | $99.29 |
| Island Choice, Inc.<br>190 W. Marine Crops, Drive Ste 6<br>Dedeo, GU 96929 | contact@islandchoiceguam.com<br>671-637-8904 | Trade debt | | | | $93.88 |
| IT&E<br>PO BOX 24881<br>BARRIGADA, GU 96921 | 671-922-4483 | Trade debt | | | | $37.58 |
| Michael Best & Friedrich, LLP<br>1700 South Main Street, Ste 1000<br>Salt Lake City, UT 84101 | Anne Freeland<br><br>atfreeland@michaelbest.com<br>385-695-6456 | Legal Services | | | | $100,000.00 |
| Michael Phillips<br>410 W. Obrien Drive<br>Hagatna, GU 96910 | Michael Phillips<br><br>advice@phillipsbordallo.law<br>671-477-2223 | Arbitration Award | Unliquidated<br>Disputed | | | $4,100,000.00 |

Debtor **Asia Pacific Financial Management Group, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Prometi, LLC PO Box 326175 Hagatna, GU 96910 | Dwight McKeever prometiguam@gmail.com 671-488-0320 | Trade debt | | | | $2,500.00 |
| Xerox Corporation PO Box 66050 Dallas, TX 75266 | info@xeroxscanners.com 888-339-7887 | Trade debt | | | | $466.80 |

GUB 1007-2d  (08/2013)

| FILER'S NAME, ADDRESS, PHONE, FAX, EMAIL:<br>Joyce C.H. Tang<br>CIVILLE & TANG PLLC<br>330 Hernan Cortez Avenue, Suite 200<br>Hagåtña, Guam 96910<br>Phone:(671) 472-8868<br>Email: jtang@civilletang.com | District Court of Guam<br>520 W Soledad Ave Fl 4<br>Hagåtña, Guam 96910 |
|---|---|
| Debtor: Asia Pacific Financial Management Group, Inc. | Case No.: |
| Joint Debtor:<br>(if any) | Chapter: 11 |

# DEBTOR'S VERIFICATION OF CREDITOR MATRIX

The undersigned debtor certifies under penalty of perjury that <u>all entities included or to be included</u> in schedules D, E, F, G and H have been listed in the creditor list submitted with this verification.*  This includes all my creditors, parties to leases and executory contracts, and co-debtors.

I also certify that the names and addresses of the listed entities are true and correct to the best of my knowledge.

I understand that I must file an amended creditor list and pay an amendment fee if there are creditors or parties listed in my schedules who have not been included in this list.

\* Subject to the debtor's pending motion regarding confidentiality of client names, which have not been included in the matrix.

/s/ Sandra McKeever, President and Chief Executive Officer

Dated: 04/26/2023

/s/

Dated:

# United States Bankruptcy Court
## District of Guam

In re __Asia Pacific Financial Management Group, Inc.__   Case No. _____
                                              Debtor(s)   Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.*

 * Subject to the debtor's pending motion regarding confidentiality of client names, which have not been included.

Date:  __April 26, 2023__        __/s/ Sandra McKeever, AIF__
                                 **Sandra McKeever, AIF**/**President and Chief Executive Officer**
                                 Signer/Title

Andrew Borja
145 Aspinall Avenue
Hagatna, GU 96910


APFMG
145 Aspinall Avenue
Hagatna, GU 96910


Bank of Hawaii Corp.
111 S. King St.
Honolulu, HI 96813


Bank of Hawaii Corp.
134 W Soledad Ave FL 2
Hagatna, GU 96910


Barbara Lujan
145 Aspinall Avenue
Hagatna, GU 96910


Century Insurance Company (Guam)
219 S. Marine Corps Drive
Century Plaza Building, Suite 102
Tamuning, GU 96913


FINRA
PO Box 418911
Boston, MA 02241-8911


FINRA
Robert W. Cook, President and CEO
1735 K. Street, NW
Washington, DC 20006


FINRA
Attn: Corporate Service Company, RA
251 Little Falls Drive
Wilmington, DE 19808

First Hawaiian Bank
999 Bishop Street Main Branch
Honolulu, HI 96813


First Hawaiian Bank
Hwy 8 400 Suite 101
Mongmong-Toto-Maite, GU 96910


Guam Department of Revenue and Tax
Taxpayer Services Division
PO Box 23607
Barrigada, GU 96921


Guam Power Authority
PO BOX 2977
HAGATNA, GU 96932


Guam Waterworks Authority
PO BOX 3010
Barrigada, GU 96913


Interactive Brokers
One Pickwick Plaza
Greenwich, CT 06830


Island Choice, Inc.
190 W. Marine Crops, Drive Ste 6
Dedeo, GU 96929


IT&E
PO BOX 24881
BARRIGADA, GU 96921


Jenny Sarmiento
145 Aspinall Avenue
Hagatna, GU 96910

Jonathan Ulloa
145 Aspinall Avenue
Hagatna, GU 96910


Jonathon Holm
145 Aspinall Avenue
Hagatna, GU 96910


Lincoln Financial Group
1300 South Clinton Street
P.O. Box 2248
Fort Wayne, IN 46801-2248


Melinda Sulit
145 Aspinall Avenue
Hagatna, GU 96910


Michael Best & Friedrich, LLP
1700 South Main Street, Ste 1000
Salt Lake City, UT 84101


Michael Phillips
410 W. Obrien Drive
Hagatna, GU 96910


Michelle Wright
145 Aspinall Avenue
Hagatna, GU 96910


Midland National Life Insurance Co.
PO Box 10385
Des Moines, IA 50306


Prometi, LLC
PO Box 326175
Hagatna, GU 96910

Quintin Guillermo
145 Aspinall Avenue
Hagatna, GU 96910


Securities and Exchange Commission
Gary Gensler, Chair
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
Megan Barbero, Esq.,3rd Floor
Secretariat Building, Roxas Blvd
Pasay City 01307


Securities Investor Protection Corp
1667 K St. N.W., Suite 1000
Washington, DC 20006


Securities Investor Protection Corp
Josephine Wang, President and CEO
805 15th St. NW, Suite 800
Washington, DC 20005


SEI Investments
1 Freedom Valley Drive
Oaks, PA 19456


Sophie Brindejonc, CFP®, AIF
145 Aspinall Avenue
Hagatna, GU 96910


Thad Jones
145 Aspinall Avenue
Hagatna, GU 96910


Travelers Bond & Financial Products
Attn: Claim Department
385 Washington St
Saint Paul, MN 55102

```
            Xerox Corporation
            PO Box  66050
            Dallas, TX 75266
```