**JOYCE C.H. TANG**
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Email: *jtang@civilletang.com*

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
254 Commercial Street, Suite 245
Portland, ME 04101
Telephone: (207) 619-0919
Email: *andrew.helman@dentons.com*

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>ASIA PACIFIC FINANCIAL MANAGEMENT GROUP, INC.,[1]<br><br>Debtor. | Bankruptcy Case No. 23-00005<br>Chapter 11<br><br>**ORDER REGARDING FIXING OF DEADLINES UNDER BANKRUPTCY RULE 3017.2** |

Following a status conference held on September 27, 2023, at which Asia Pacific Financial Management Group, Inc. (the "Debtor"), Creditor Michael F. Phillips ("Mr. Phillips"), and the United States Trustee (the "UST" and together with the Debtor and Mr. Phillips, the "Parties") appeared, the court enters this Order setting plan confirmation deadlines under Rule 3017.2 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"):

On September 15, 2023, the Debtor filed its *First Amended Plan of Reorganization of Asia Pacific Financial Management Group, Inc. dated September 15, 2023 with Incorporated Adequate Disclosures under Section 1190(1) of the Bankruptcy Code* [ECF No. 137] (the "Plan"). Bankruptcy Rules 2002(b), 3017.2, and 3018 and Bankruptcy Local Rules the ("Local Rules") 3018-1 and 3020-1 govern, among other things, service of a proposed plan, notice to creditors of

---

[1] The last four digits of the taxpayer identification number of Asia Pacific Financial Management Group, Inc. are 3272. The principal office of Asia Pacific Financial Management Group, Inc. is 145 Aspinall Avenue, Hagåtña, Guam 96910

1

23138923.v3

a confirmation hearing regarding a plan, deadlines for filing written objections to a plan, and service thereof.

1.  **Deadline to Serve the Plan and to Provide Notice of Plan-Related Deadlines**

    The Debtor shall serve holders of claims or interests entitled to vote on the Plan: (i) a copy of the Plan, with the relevant deadlines from this order having been inserted; (ii) a ballot substantially in the form proposed by the Debtor; and (iii) a copy of this order, no later than **October 6, 2023**. The Debtor shall file a certificate of such service no later than **October 13, 2023**.

    Except as provided in the following paragraph, the Debtor shall serve holders of claims or interests that are unclassified or otherwise not entitled to vote on the Plan: (i) a copy of the Plan, with the relevant deadlines from this order having been inserted; and (ii) a copy of this order, no later than **October 6, 2023**. The Debtor shall file a certificate of such service no later than **October 13, 2023**.

    The Debtor shall provide clients on its amended Schedule G: (i) a copy of this order no later than **October 6, 2023**; and (ii) notice of the date of the confirmation hearing and deadline to object to the Plan, which notice may be provided by letter. The Debtor shall file a certificate of such service no later than **October 13, 2023**.

2.  **Deadlines for Receipt of Ballots and Certification of the Voting Results**

    Holders of claims and interests may accept or reject the Plan by submitting ballots to the Debtor's counsel such that they are received no later than **November 3, 2023**. The Debtor shall file a ballot tabulation report, as required by Local Rule 3018-1(c), no later than **November 10, 2023**.

3.  **Deadline for Objections to Confirmation and Motions under Rule 3018**

    The deadline for filing and serving written objections to confirmation of the Plan is **November 3, 2023**.

The deadline for motions under Rule 3018 of the Federal Rules of Bankruptcy Procedure shall be **November 8, 2023**, with any objections due by **November 15, 2023**.

**4.      Confirmation Hearing**

A hearing on confirmation of the Plan will be held on **November 21, 2023, at 8:00 a.m. (CHST)**, at the District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.  If the Debtor intends to offer testimony in support of confirmation, then any affidavit that may serve as the direct testimony of a witness shall be filed no later than **November 15, 2023**.

**6.      Additional Information**

Persons wishing to obtain additional information about the procedure for voting or the packet of materials they may have received in conjunction with the Plan may contact:

Andrew C. Helman
Dentons Bingham Greenebaum, LLP
One City Center, Suite
11100 Portland, ME 04101

-or-

Joyce C.H. Tang
Civille & Tang, PLLC
330 Hernan Cortez Avenue, Suite 200
Hagåtña, GU 90910

**7.      Alteration of Deadlines**

The deadlines established by this order may be altered by the court on motion and after notice and opportunity for hearing.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Oct 04, 2023**