**JOYCE C.H. TANG**
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Email: *jtang@civilletang.com*

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
254 Commercial Street, Suite 245
Portland, ME 04101
Telephone: (207) 619-0919
Email: *andrew.helman@dentons.com*

*Counsel for the Debtor*

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>ASIA PACIFIC FINANCIAL<br>MANAGEMENT GROUP, INC.,[1]<br><br>Debtor. | Case No. 23-00005<br><br>Chapter 11<br><br>**STIPULATION TO EXTEND DEADLINE TO OBJECTION TO CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION** |

Subject to the Court's approval, Asia Pacific Financial Management Group, Inc. (the "Debtor") and the United States Trustee (the "UST") stipulate as follows with respect to the extension of the deadline for the UST to file and serve a written objection to the *First Amended Plan of Reorganization of Asia Pacific Financial Management Group, Inc. dated September 15, 2023 with Incorporated Adequate Disclosures under Section 1190(1) of the Bankruptcy Code* [Docket No. 137] (the "Plan").

On October 4, 2023, the Court entered the *Order Regarding Fixing of Deadlines Under Bankruptcy Rule 3017.2* [Docket No. 143] (the "Scheduling Order"). Among other things, the Scheduling Order fixed certain dates and deadlines in connection with confirmation of the Plan.

---

[1] The last four digits of the taxpayer identification number of Asia Pacific Financial Management Group, Inc. are 3272. The principal office of Asia Pacific Financial Management Group, Inc. is 145 Aspinall Avenue, Hagåtña, Guam 96910

1

23234088.v1

Pursuant to the Scheduling Order, the deadline for parties in interest to file and serve written objections to confirmation of the Plan is November 3, 2023 (the "Objection Deadline"). A hearing on confirmation of the Plan will be held on November 21, 2023 at 8:00 a.m. (CHST) (the "Confirmation Hearing").

The Debtor and the UST are working cooperatively to narrow and resolve objections to the Plan prior to the Confirmation Hearing, and believe that an extension of the Objection Deadline for the UST will reduce the need for judicial determination of issues and conserve estate resources.

Accordingly, the Debtor and the UST stipulate as follows:

A. the deadline for the UST to file and serve written objections to confirmation of the Plan shall be extended until **November 8, 2023**;

B. for the avoidance of doubt, the Objection Deadline for all other parties shall not be extended unless otherwise ordered by the Court; and

C. prior to the Confirmation Hearing, the Debtor shall filed a revised Plan, in both clean and redline formats, incorporating modifications of the Plan agreed to with the UST.

**SO STIPULATED.**

Dated: November 2, 2023                    Respectfully submitted,

                                         **CIVILLE & TANG, PLLC**

                                         */s/ Joyce C.H. Tang*
                                         **JOYCE C.H. TANG**

                                         **DENTONS BINGHAM GREENEBAUM LLP**

                                         */s/ Andrew C. Helman*
                                         **ANDREW C. HELMAN**

*Counsel for the Debtor*

        and

**TIFFANY L. CARROLL**

**ACTING UNITED STATES TRUSTEE**

                                       */s/ Neil Verburgge*
                                       **NEIL VERBRUGGE**

*Counsel for the United States Trustee*

Dated: November __, 2023

                                              Hon Frances M. Tydingco-Gatewood
                                              Chief Judge, United States District Court
                                              Territory of Guam

4

23234088.v1

Case 23-00005   Document 154   Filed 11/03/23   Page 4 of 4