**JOYCE C.H. TANG**
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Email: *jtang@civilletang.com*

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
254 Commercial Street, Suite 245
Portland, ME 04101
Telephone: (207) 619-0919
Email: *andrew.helman@dentons.com*

*Counsel for the Debtor*

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| In re<br><br>ASIA PACIFIC FINANCIAL MANAGEMENT GROUP, INC., [1]<br><br>    Debtor. | Bankruptcy Case No. 23-00005<br>Chapter 11<br><br>**ORDER EXTENDING THE DEADLINE OF THE UNITED STATES TRUSTEE TO OBJECT TO CONFIRMATION OF THE FIRST AMENDED PLAN OF REORGANIZATION OF ASIA PACIFIC FINANCIAL MANAGEMENT GROUP, INC. DATED SEPTEMBER 15, 2023 WITH INCORPORATED ADEQUATE DISCLOSURES UNDER SECTION 1190(1) OF THE BANKRUPTCY CODE** |

Upon consideration of the *Stipulation to Extend Deadline to Objection to Confirmation of the First Amended Plan of Reorganization* [ECF No. 154] (the "Stipulation"), entered into by and between Asia Pacific Financial Management Group, Inc. (the "Debtor") and the United States Trustee, after adequate notice and good cause having been demonstrated to the court, it is hereby

**ORDERED** that the deadline for the United States Trustee to file and serve written objections (if any) to confirmation of *First Amended Plan of Reorganization of Asia Pacific Financial*

---

[1]     The last four digits of the taxpayer identification number of Asia Pacific Financial Management Group, Inc. are 3272. The principal office of Asia Pacific Financial Management Group, Inc. is 145 Aspinall Avenue, Hagåtña, Guam 96910

1

*Management Group, Inc. dated September 15, 2023 with Incorporated Adequate Disclosures under Section 1190(1) of the Bankruptcy Code* [ECF 137] (the "Plan") is hereby extended through and including November 8, 2023.[2] Response to the objection shall be due no later than November 13, 2023, at noon. Reply, if any, shall be due November 17, 2023, at noon.

Prior to the confirmation hearing, the Debtor shall file a revised Plan in both clean and redline formats incorporating modifications (if any) agreed to with the United States Trustee.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Nov 03, 2023**

---

[2] For the avoidance of doubt, this Order does not alter the deadline of any other parties.

2

23236231.v1