**JOYCE C.H. TANG**
**CIVILLE & TANG, PLLC**
330 Hernan Cortez Avenue, Suite 200
Hagåtña, Guam 96910
Telephone: (671) 472-8868/69
Email: *jtang@civilletang.com*

**ANDREW C. HELMAN** (admitted *pro hac vice*)
**DENTONS BINGHAM GREENEBAUM LLP**
One City Center, Suite 11100
Portland, ME 04101
Telephone: (207) 619-0919
Email: *andrew.helman@dentons.com*

*Counsel for the Debtor*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In re<br><br>ASIA PACIFIC FINANCIAL MANAGEMENT GROUP, INC.,[1]<br><br>Debtor. | Case No. 23-00005<br><br>Chapter 11<br><br>**SUMMARY BALLOT REPORT AND CERTIFICATION** |

Asia Pacific Financial Management Group, Inc., (the "Debtor") hereby summarizes, reports, and certifies to the Court the results of balloting on the *First Amended Plan of Reorganization of Asia Pacific Financial Management Group, Inc., Dated September 15, 1023, with Incorporated Adequate Disclosures Under Section 1190(1) of the Bankruptcy Code* (the "Plan"). In making such report, the Debtor states as follows:

---

[1] The last four digits of the taxpayer identification number of Asia Pacific Financial Management Group, Inc. are 3272. The principal office of Asia Pacific Financial Management Group, Inc. is 145 Aspinall Avenue, Hagåtña, Guam 96910

## BALLOTS SERVED AND RECEIVED

1. As reflected in the *Certificate of Service* filed on October 5, 2023 at Docket No. 144, the Debtor caused copies of (i) the *First Amended Plan of Reorganization of Asia Pacific Financial Management Group, Inc. dated September 15, 2023 with Incorporated Adequate Disclosures under Section 1190(1) of the Bankruptcy Code* [ECF No. 137] (the "Plan"); (ii) the *Order Regarding Fixing of Deadlines under Bankruptcy Rule 3017.2* (the "Scheduling Order") [ECF No. 143]; and (iii) the *Ballot for Accepting or Rejecting First Amended Plan of Reorganization of Asia Pacific Financial Management Group, Inc. Dated September 15, 2023, with Incorporated Adequate Disclosures Under Section 1190(1) of the Bankruptcy Code* (the "Ballot") [ECF No. 137-6] to be served on all parties required under the Scheduling Order.

2. The Debtor received six ballots from creditors holding claims that were listed in the Debtor's schedules or based on a filed proof of claim. All six of such ballots voted to accept the Plan and none voted to reject it.

## SUMMARY OF BALLOTING BY CLASSES ENTITLED TO VOTE ON THE PLAN

| Class 1       | Ballots            | Total Class Amount                      |
|---------------|--------------------|-----------------------------------------|
| Total in class | 6                  | $4,323,220.20                           |
| # Accepting   | 6 (100% of total)  | $4,323,220.20 (100% of total claims)    |
| # Rejecting   | 0 (0% of total)    | $0.00 (0% of total claims)              |

Class 1 **ACCEPTS** the Plan

3. The Holders of Interests in Class 2 are unimpaired and not entitled to vote on the Plan pursuant to section 1126(f) of the Bankruptcy Code.

## **CERTIFICATION**

      I certify that Asia Pacific Financial Management, Inc., retains the voted ballots and will, upon request of the Court or the U.S. Trustee, produce copies of all such ballots. I further certify that this summary report is an accurate summary of all classes, all allowed claims, and all ballots that voted.

Dated: November 9, 2023

/s/ Andrew C. Helman
Andrew C. Helman
DENTONS BINGHAM GREENEBAUM, LLP
One City Center, Suite 11000
Portland, Maine 04101
(207) 619-0919
andrew.helman@dentons.com

Attorneys for Asia Pacific Financial Management, Inc